**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

UNITED STATES OF AMERICA
v.

**JARLIB TYRELL HAGANS**

**JUDGMENT IN A CRIMINAL CASE**
(For a Petty Offense)-- Short Form
CASE NUMBER: 3:09mj106/MD

**waived**
Defendant's Attorney

☐ **THE DEFENDANT** pled guilty to count(s) One of the Information

| Title & Section | Nature of Offense | Date Concluded | Count Number(s) |
|---|---|---|---|
| F.S.S. § 322.03 and 32 C.F.R. § 210 | Driving a Motor Vehicle Without a Valid Driver's License | 1/20/09 | One |

**CRIMINAL MONETARY PENALTIES**

All criminal monetary penalty payments are to be made as directed by the court, the probation officer, or the United States attorney. The fine/SMA shall be paid no later than June 17, 2009.

| Assessment | Fine | Restitution |
|---|---|---|
| $ 10.00 | $ 200.00 | $ 0.00 |

Date of Imposition of Sentence - 5/20/09

*Miles Davis* (signature)
Miles Davis
UNITED STATES MAGISTRATE JUDGE

Date: 5-22-2007